No. 80–56.   LORAIN, A DIVISION OF KOEHRING CO. *v.* UNITED STEELWORKERS OF AMERICA ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 80–870.   PERRY *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–985.   PUTNAM FABRICATING CO. *v.* NULL ET AL. C. A. 4th Cir.   Certiorari denied.

No. 80–1167.   McCORD *v.* BAILEY ET AL.; and
No. 80–1168.   BAILEY ET AL. *v.* McCORD.   C. A. D. C. Cir. Certiorari denied.   Reported below: 204 U. S. App. D. C. 334, 636 F. 2d 606.

No. 80–1233.   SYUFY ENTERPRISES *v.* NORTHERN CALIFORNIA STATE ASSOCIATION OF I. A. T. S. E. LOCALS, LOCAL UNION No. 241.   C. A. 9th Cir.   Certiorari denied.

No. 80–1246.   MAX FACTOR & CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 80–1252.   PUERTO RICO *v.* REGAN, SECRETARY OF THE TREASURY;
No. 80–1253.   VIRGIN ISLANDS *v.* REGAN, SECRETARY OF THE TREASURY (TWO CASES); and
No. 80–1647.   REGAN, SECRETARY OF THE TREASURY *v.* PUERTO RICO; AND REGAN, SECRETARY OF THE TREASURY *v.* VIRGIN ISLANDS.   C. A. D. C. Cir.   Certiorari denied.   Reported below: Nos. 80–1252, 80–1253 (first case), and 80–1647 (first case), 206 U. S. App. D. C. 217, 642 F. 2d 622; Nos. 80–1253 (second case) and 80–1647 (second case), 206 U. S. App. D. C. 236, 642 F. 2d 641.